UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:14-cv-990-Orl-37KRS

XEROX HR SOLUTIONS, LLC,

       Plaintiff,
vs.

DARDEN RESTAURANTS, INC.,

       Defendant.
_____/

DARDEN RESTAURANTS, INC.,

       Counter-Plaintiff/Third Party Plaintiff,
vs.

XEROX HR SOLUTIONS, INC.

       Counter-Defendant,
and

XEROX CORPORATION,

       Third-Party Defendant.
_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff/Counter Defendant, XEROX HR SOLUTIONS, LLC, Defendant/Counter Plaintiff/Third Party Plaintiff, DARDEN RESTAURANTS, INC., and Third-Party Defendant Xerox Corporation, by and through their respective undersigned attorneys and pursuant to the amicable settlement of this cause, hereby stipulate and request that this Court enter an Order dismissing this

case, including all counterclaims and third-party claims, with prejudice, each party to bear its own costs, expenses and attorneys' fees.  The parties stipulate that the Court is to reserve jurisdiction to enforce the settlement for a period of ninety (90) days.

|  |  |
|---|---|
|  | Respectfully submitted, |
| s/ Megan Costa DeVault | /s/ Jerry D. Hamilton |
| MEGAN COSTA DEVAULT, ESQUIRE, | Jerry D. Hamilton |
| Trial Counsel | Florida Bar No. 970700 |
| Florida Bar No.: 560731 | jhamilton@hamiltonmillerlaw.com |
| KIMBERLY A. LOPEZ, ESQUIRE | Kelly Charles-Collins |
| Florida Bar No.: 059215 | Florida Bar No. 56261 |
| Akerman, LLP | kcharlescollins@hamiltonmillerlaw.com |
| Post Office Box 231 | HAMILTON, MILLER & BIRTHISEL, LLP |
| Orlando, FL  32802-0231 | *Attorneys for Xerox HR Solutions, LLC and Xerox Corporation* |
| Telephone:  407-423-4000 | 150 Southeast Second Avenue, Suite 1200 |
| Facsimile:  407-843-6610 | Miami, Florida 33131-2332 |
| Email:  megan.devault@akerman.com | Telephone:  (305) 379-3686 |
| Secondary email:  jann.austin@akerman.com | Facsimile:  (305) 379-3690 |
| Primary email: kimberly.lopez@akerman.com |  |
| Secondary email: ruth.bryant@akerman.com |  |

AND

MICHAEL C. MARSH, ESQUIRE
Florida Bar No.:  0072796
Akerman, LLP
One Southeast Third Avenue, Suite 2500
Miami, FL  33131-1714
Telephone:  305-374-5600
Facsimile:  305-374-5095
Primary email:  michael.marsh@akerman.com
Secondary email:  sharon.luesang@akerman.com

*Attorneys for Darden Restaurants, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 3, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ Jerry D. Hamilton
Jerry D. Hamilton